Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

EVER S. BENITEZ, Also Known as EBERT S. BENITEZ, Appellant, v DIANE OLSON et al., Defendants, and TOWN OF ISLIP, Respondent. (And a Third-Party Action.)

Submitted October 4, 2004; decided November 30, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, alternatively, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

RAFAEL CHEVERE, Individually and as Administrator of the Estate of MANUELA CHEVERE, Deceased, Respondent, v HYUNDAI MOTOR COMPANY et al., Appellants.

Submitted September 7, 2004; decided November 30, 2004

Motion by the Association of International Automobile Manufacturers, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

RAFAEL CHEVERE, Individually and as Administrator of the Estate of MANUELA CHEVERE, Deceased, Respondent, v HYUNDAI MOTOR COMPANY et al., Appellants.

Submitted September 7, 2004; decided November 30, 2004

Motion by the Product Liability Advisory Council, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.